UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE GRAND JURY SUBPOENA DATED FEBRUARY 23, 2024 | Case No.: 24-MC-104 (JMF) |
|---|---|

## **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Michael V Schafler, being duly sworn, here depose and say as follows:

1. I am a Partner with the law firm of Cohen Williams LLP in Los Angeles, California.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of California. I have previously appeared in both the Southern and Eastern District of New York *pro hac vice*. Most recently, I appeared *pro hac vice* in *United States v. Erdolo Eromo*, Case No. 15-cr-616-AT (S.D.N.Y.) (admitted Sept. 12, 2022). and *United States v. Suzee Han*, Case No. 23-cr-00048-EK (E.D.N.Y.) (admitted Feb. 15, 2023).

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court..

7. My California Bar number is 212164

8. Wherefore, and based on the above representations and my Motion, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in above entitled case for Respondent ABC Corporation.

Dated: March 28, 2024      Respectfully Submitted,

Applicant Signature: _____

Applicant's Name:   MICHAEL V SCHAFLER

Firm Name:          COHEN WILLIAMS LLP

Address:            724 South Spring Street, 9th Floor

City/State/Zip:     Los Angeles, California 90014

Telephone/Fax:      (213) 232-5160 / (213) 232-5167

Email:              mschafler@cohen-williams.com



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### MICHAEL V. SCHAFLER

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that MICHAEL V. SCHAFLER #212164, was on the 2nd day of January 2001, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 18th day of March 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Michael Hallisy, Deputy Clerk

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Los Angeles_____)

On __March 28, 2024__ before me, __Raul D. Chavarin, Notary Public__
(insert name and title of the officer)

personally appeared __Michael V Schafler__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)

RAUL D. CHAVARIN
COMM. #2479550
Notary Public · California
Los Angeles County
My Comm. Expires Feb. 10, 2028