UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ABC Corporation,<br><br>Defendant. | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br>24 Misc. 104 (JMF) |

---

TO:   Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: */s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211

## AFFIRMATION OF SERVICE

I, Kevin Mead, affirm under penalty of perjury as follows:

1. I am an Assistant United States Attorney in the Southern District of New York.

2. On March 1, 2021, I caused a copy of the foregoing to be served on the defendant via U.S. mail at the following address:

Herbert Alberto Cruz-Ruiz
# 86932-012
FCI COLEMAN MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1032
COLEMAN, FL 33521

Dated: New York, New York
March 1, 2021

*/s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211