UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------

UNITED STATES OF AMERICA

        -v.-

ABC Corporation,

        Respondent.

--------------------------------------------------

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**
**24 Misc. 104 (JMF)**

TO:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

        by: */s/ Kevin Mead*
            Kevin Mead
            Assistant United States Attorney
            (212) 637-2211