```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
IN RE GRAND JURY SUBPOENA DATED                                :    24-MC-104 (JMF)
FEBRUARY 23, 2024                                              :
                                                               :    ORDER
---------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Earlier today, the Government filed a letter in response to the Court's March 26, 2024 Order to Show Cause with the parties' proposed redactions to the various filings in this case. *See* ECF No. 13. The Court has reviewed the parties' proposal and finds that it is narrowly tailored to what is necessary to protect grand jury information, *see* Fed. R. Crim. P. 6(e), and thus approves it. That said, there is no reason that the Government's letter itself should remain sealed. Nor do the parties indicate a basis to keep the Court's Order to Show Cause sealed.

In light of the foregoing, the Court ORDERS that:

- No later than **April 1, 2024**, each party shall file on the public docket versions of their relevant filings with the approved redactions;

- By the **same date**, the Government shall file its March 29, 2024 letter on the docket (without the attachments to the letter);

- By the **same date**, the Government shall email to the Court versions of the Court's March 8, 2024 Order and March 26, 2024 Opinion and Order with the approved redactions for the Court to docket itself; and

- The Government shall promptly advise the Court if or when the need for grand jury secrecy no longer justifies maintaining the redactions and sealing in this case.

The Clerk of Court is directed to (1) unseal the Court's Order to Show Cause dated March 26, 2024 (ECF No. 5) — that is, to lift the viewing restrictions on ECF No. 5 so that it is available to the public; and (2) close the case.

SO ORDERED.

Dated: March 29, 2024         _____
New York, New York                    JESSE M. FURMAN
                                      United States District Judge