```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                               :
IN RE GRAND JURY SUBPOENA DATED                :    24-MC-____
FEBRUARY 23, 2024; USAO REF.: NO. 2023R01207   :
                                               :    SEALED ORDER
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On March 8, 2024, the Government moved to compel compliance with a grand jury subpoena dated February 23, 2024, served on ▮▮▮▮▮▮▮▮▮▮▮▮. No later than **March 12, 2024**, ▮▮▮▮ shall file a letter indicating whether it intends to oppose the Government's motion. If it does intend to oppose, it shall file its opposition no later than **March 18, 2024**, and the Government shall file any reply by **March 21, 2024**.

      Because this matter pertains to a grand jury subpoena, the Government's request to file its motion under seal is granted. For the same reasons, all further submissions shall be filed under seal unless and until the Court orders otherwise. Accordingly, all filings should be submitted to the Court by email at Furman_NYSDChambers@nysd.uscourts.gov.

      For efficiency, the undersigned will retain jurisdiction over this matter even after completing Part I on March 10, 2024. Accordingly, the Clerk of Court is directed to assign the case, after it is opened, to the undersigned's docket.

      SO ORDERED.

Dated: March 8, 2024  
       New York, New York

                                                JESSE M. FURMAN  
                                        United States District Judge, Part I